UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRIDGEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. FOX, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0928 AC P<br><br>ORDER & FINDINGS AND<br>RECOMMENDATIONS |

  Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis and makes the showing required by 28 U.S.C. § 1915(a). ECF No. 2. However, the court will not assess a filing fee at this time. Instead, the court will recommend that the complaint will be summarily dismissed because it is duplicative of an earlier filed complaint.

  Plaintiff's complaint was filed on April 21, 2016.[1] ECF No. 1. The court's own records reveal that on December 3, 2015, plaintiff filed a complaint containing virtually identical allegations in Bridgeman v. Department of California Correction, No. 2:15-cv-02579 JAM AC. See United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases."). Due to the duplicative nature of the present action, the

---

[1] Since plaintiff is proceeding pro se, he is afforded the benefit of the prison mailbox rule. See Houston v. Lack, 487 U.S. 266, 276 (1988).

court will recommend that the instant complaint be dismissed.

A review of the record in Bridgeman v. Department of California Correction shows that the complaint in that action was dismissed with leave to amend.  No. 2:15-cv-02579 JAM AC at ECF No. 10.  If plaintiff wants to pursue the claims he tried to make in this case, he needs to do so by filing an amended complaint in Bridgeman v. Department of California Correction, No. 2:15-cv-02579 JAM AC, as he was instructed.  He should not initiate a new lawsuit.

Accordingly, IT IS HEREBY ORDERED that:

1. A filing fee will not be assessed in this case due to the recommendation that the case be dismissed summarily because it is duplicative of an earlier filed case.

2. The Clerk of the Court is directed to assign a district judge to this case.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice as duplicative of Bridgeman v. Department of California Correction, Case No. 2:15-cv-02579 JAM AC.  See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2